1006

No. 697. Turner et al., dba Atlanta's Playboy Club v. HMH Publishing Co., Inc., et al. C. A. 5th Cir. Certiorari denied. *Henry M. Hatcher, Jr.,* for petitioners. *Milton I. Shadur, Abner J. Mikva, William H. Klein* and *R. Howard Goldsmith* for respondents. ▬

No. 123. Lynn v. New Jersey. Sup. Ct. N. J. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted. *Harry Steiner* for petitioner. *Thomas P. Ford, Jr.,* for respondent.

No. 649. Adler v. United States. C. A. 2d Cir. Certiorari denied. Mr. Justice Black is of the opinion that certiorari should be granted. *Daniel H. Greenberg* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States. ▬

No. 682. Boedeker v. Abramson, Trustee in Bankruptcy, et al. C. A. 5th Cir. Certiorari denied. Mr. Justice Marshall took no part in the consideration or decision of this petition. *Robert F. Ritchie* for petitioner. *Philip I. Palmer* for Abramson, and *Solicitor General Griswold, Assistant Attorney General Rogovin* and *Crombie J. D. Garrett* for the United States, respondents. ▬

No. 387, Misc. Cockrell et al. v. California. Sup. Ct. Cal. Certiorari denied. *Burton Marks* for petitioners. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Rose-Marie Gruenwald,* Deputy Attorney General, for respondent.